UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Jorge Perez-Gonzalez (1)<br><br>Defendant(s) | CRIMINAL NO. 08mj2145<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. NA |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Jose Perez-Gonzalez (not arraigned)
— Mat Wit Cmp filed: dismissed on Gov't's motion —

DATED: 7-16-08

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk