KAREN P. HEWITT
United States Attorney
CAROLINE P. HAN
Assistant U.S. Attorney
California State Bar No. 250301
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5220

Attorneys for Plaintiff
United States of America

## UNITED STATES MAGISTRATE COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08MJ2145 |
| Plaintiff, ) | |
| v. ) | MOTION TO DISMISS WITHOUT PREJUDICE |
| JORGE PEREZ-GONZALEZ, ) MARIA LUISA GARCIA-ROMERO. ) | |
| Material Witnesses. ) | |

### MOTION TO DISMISS

COMES NOW the United States Attorney, Karen P. Hewitt, and Assistant U.S. Attorney, Caroline P. Han, and hereby moves to dismiss, without prejudice, the material witness complaint pursuant to 18 U.S.C. § 3144 against the above named material witnesses in the interest of justice as their presence is no longer required in the United States because no criminal charges are being filed in the matter for which they were being held.

DATED: July 15, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Caroline P. Han*
CAROLINE P. HAN
Assistant U.S. Attorney

## ORDER

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the information in Magistrate Case Number 08MJ2145 be dismissed, without prejudice, as to material witnesses Jorge Perez-Gonzalez and Maria Luisa Garcia-Romero.

IT IS FURTHER ORDERED that any future hearing dates be vacated.

DATED: 7/16/08

Cathy A. Bencivengo
United States Magistrate Judge